claim #1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Chattanooga_

Billy W. Locke )
Angie Thomas )
Pam Locke )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Sgt. Ryebush )
Sgt. Breeden )
SecuRUS Phone Comp. )
McMinn Co. Jail Sheriff )
(Enter above the NAME of each
defendant in this action.) )

FILED

JAN 03 2022

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: McMinn County jail Athens TN M.CC.X - PO Box 2000 Wartburg TN. 37887

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. Because it would be like talking to the wall

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Billy W. Locke 98815
   M.C.C.X. P.O. Box 2000 Wartburg TN. 37887
   Present address: ~~Po Box 649 Athens TN 37303~~

   Permanent home address: Box 240 C.R. 890 Etowah TN. 37331

   Address of nearest relative: Pam Locke same address

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Rue Bush and Breedn

   Official position: Both are Sergeants

   Place of employment: McMinn county jail

C. Additional defendants: McMinn County jail, Sheriff
   SecuRus Phone company 1-800-844-6591
   www.securustech.net

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Place McMinn county jail, I was talking on phone to my girlfriend angie Thomas, this takes place on

3



Billy W. Locke V. securus Phone company
mcminn county Jail

mcminn county Jail is helping this phone company flece the poor and the tax payers for a precentage of what thay can get By cuting us off on our phone calls. So that we have to call more and or use all of our money just to get to talk to our loved ones.

Phone calls cost $1.76 for the first min 16 cents every min. after. if thay cut us off and we have to call back that cost us anuther 1.76 for feirst min. Like I was talking my girlfriend for 2 min and thay cut us off I only had 4 dollers on phone, to start that I could even spend. The phone says that a full phone call is $3.60 that should have been at least a 10 to 15 min call, But instede I get 4 min. for $4.00, my girlfriend calls the jail to complain and to get her money back, thay tell her that thay can't do that. This has been going on the hole time that I have been hear, sence 5-24-2020 and you talk about them realy jabing use thay are charging her my sister pam Locke over 8.00 dollers for one "not" long distens phone call. I would like to know how that works.

I am asking for 1,000,000

5-24-2020 From that date and is on going Because I am still hear, sent to prison on 4-21-21 But any time we go talking about our Rights or the constitution or about Lawyers, or Law Suits, or my case. one of the Sergeants miss Rudush or mr. breden will cut us off. Because they don't like what we are talking about. and this costes us a lot of money thay cut us off By hanging up our phone call thay have even went as far in to harrassing us that thay fixed it to wher I could not even call her my Girlfriends number on Phone.
Phone calls cost $1.76 4 the first min. $.16 ever min after. and yes I have a Problem with paying $2.00 for a 2 min phone call This is more than one time. as to my knowledge thes 2 Sergeants are the only ones that lissenes to phone calls

4

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

award us $1,000,000 ~~...~~ and make them ~~...~~ make them fix this

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~...~~ 28 day of 12 ~~...~~, 20 21.

_Billy Jock_
Signature of plaintiff(s)

5

claim #2

(Refusel of medical care)

Plaintiff. Billy Locke

defendant. Doctor Fretwell, visit 3-4-2021
mcminn county Jail
Liutinette, Bosch
sheriff Joe guy

on or about 7th or 8th month of 2020, I was taken to the doctor for a lump I had found in my crouch area, I was told it was a hernia the Doctor said if I did not get out when I got to court that they need to bring me back for emergency surgery, that was about 2 weeks after the visit, after this I have sent a Request on 9-29-20 to have the surgery done, The first Dotor I seen at the Jail was (nathan Trentham) then on was Doctor Fretwell I had requested 3 or 4 times to get this hernia fixed and every Time I go to see the Doctor they charge me $15.00 for the visit all But the last Time they charged me $17.00, and they still refused to fix the problem. I had sent countless Request on the Keyos ther at the Jail. and also a number of grievances has also Been Filed. I was sent to Prison T.D.o.c. on 4-21-21

I am asking for $1,000,000.00

Date occured - from 7-1-2020 To 4-21-21

*This is the only time they took me to the Doter and it was not for the hernya*



# Starr Regional
## MEDICAL CENTER

### Report Details

| | | | |
|---|---|---|---|
| Patient Name: | LOCKE, BILLY | Procedure Date: | 7/1/2020 9:59 AM |
| Patient ID: | 105904 | Patient Group: | TN-ARMC |
| Date of Birth: | 8/2/1969 Age 50 | Phone: | (423)745-5620 |
| Gender: | M | | |
| Accession: | 35876440000100 | Referring Physician: | TRENTHAM, NATHAN |
| Reporting Physician: | HAYES, DOUGLAS | | |
| Procedure: | US TESTICULAR/SCROTUM US | | |
| Procedure ID: | 982014 | Accession: | 35876440000100 |

### Report Text

Comparison: None

History: Trauma

Scrotal ultrasound:

Right testicle measures 4.5 x 2.2 x 3.8 cm. Left testicle measures 3.9 x 1.8 x 3.4 cm. Bilaterally there is normal vascular flow with no evidence for fracture or torsion. Small right hydrocele is identified simple in appearance. Small left spermatocele is present and small left hydrocele present. Left carotid ligaments are normal.

Impression:

#1 small bilateral simple hydroceles

#2 small simple-appearing left epididymal cyst measuring 6 mm

#3 otherwise age-appropriate unremarkable scrotal ultrasound without evidence for acute posttraumatic abnormality

**Signed by:** HAYES, DOUGLAS      **Date Signed:** 7/1/2020 3:33 PM

**TN-ARMC Facility**

*Patient Name: LOCKE, BILLY DOB: 8/2/1969 Age 50 Accession: 35876440000100 Exam Date: 7/1/2020*

page 1 of 1

claim #3

(Legal mail)

Plaintiff: Billy Locke
defendant: McMinn county
Lutinett Bosch
sheriff Joe guy

1. form may 24th 2020 to April 21 of 2021 my legal mail has sat in the window of the cell block for up to 2 weeks befor being picked up to be mailed.

2. My legal mail has been brote to me open on severel different times, from the Federal courts even.

3. Legal mail addressed to the courts by inhouse mail. Being opened and not sent to the courts like it was addressed. This took place on 11-23-2020

4. Legal mail - not being mailed or pick up because it was sealed. Don't matter if it was going to the courts or my attorney. LT Bosch say this to me. His self This took place in the gym on or about 1st or 2nd month of 2021

I am asking for $250,000 for number 1, 2, 3, and 4 each

Claim #4

(Embezzlement)

1. defendant. McMinn county Sheriff

This county jail is charging inmates $4.10 for a indigent kit, that me an my family has paied taxes so that the poor people can have what thay need while in that jail. we pay taxes for that stuff and thin we have to buy it agen when our people get in jail. we are paying for that stuff twice, and medical care is also paied for with our tax dollors so we are agen haveing to pay twice for what we have already paied taxes for.

2. when I came in to that jail on 5-24-2020
I was giving one pair of socks, one pair of boxers, no laundry bag, I had wore the same boxers and socks for over 2 weeks, ~~scribbled out~~ I had to wash them by hand in the sink, wher is ower tax dollors? no under shirts at all, and was told if I wonted any more I had to buy them ---

(I am asking for $500.000 for number 1 and 2,)
each

--- from commisery,
happend from 5-24-20 to 4-6-21

Case 1:22-cv-00002-TAV-SKL   Document 2   Filed 01/03/22   Page 10 of 14   PageID #: 16

claim # 5

# Grievances

Plaintiff, Billy Locke

Defendant, McMinn County Jail

On or about 5-24-2020 to 4-21-21. I have filed numberes Grievances in McMinn County Jail on most if not all of my clames in my cases, But only got very few Replys to any thing and most was just saying that they will send it to some one eles.

I am asking for a settelment of $500,000 in this clam. For not Replying to the Grievance's that have been filed in that jail

Complaint for violation of civil Rights
(42 U.S.C. Sec. 1983)

Plaintiff, Billy Locke                    12-28-21
        V.
defendant, State of Tennessee (and)
    Tennessee, Dept. of corrections

On July 30th 2021 I recevied a letter from the T.D.O.C. Trust Fund, saying That I owed Them $309. For court cost, for case 2020 CR 216 That I was Found To be indigent on By The courts.

I am now Suing Them For Harrassment of the Poor and Indigent and People That Lives in Poverty, and causing us undue Hardship

I am asking For at Least $1,000,000

Billy Locke #135887
M.C.C.X.
Po Box 2000
Wartburg TN. 37887

                                    Billy Locke




**STATE OF TENNESSEE
DEPARTMENT OF CORRECTION**

RECEIVED
JUL 8 2021
BY:

MEMORANDUM

TO: **Inmate BILLY WAYNE LOCKE, TOMIS #135987**
THROUGH: Trust Fund Administrator, **MCCX**
FROM: Central Trust Fund Administration
DATE: 7/20/2021
SUBJECT: TCA 40-25-143 Collecting from Trust Fund Account

**The State has paid $309 court costs in Case(s) #2020CR216, MCMINN County.**

TCA 40-25-130 directs the criminal courts to bill the State for certain court costs for which the defendant is liable. The costs are assessed by the criminal court clerk's office and do not appear on the judgment order. These costs cannot be waived or set aside and cannot be suspended due to an appeal status of a case.

TCA 40-25-143 provides that when the State has paid these costs on behalf of a Defendant, the Department of Correction may recover those costs for the State by collecting them from the Defendant's trust fund account, while the Defendant is in the custody of the Department.

In accordance with TCA 40-25-143, CTFA will set up automatic deductions of 50% of all deposits made to your trust fund account until the court costs for which you are liable are repaid to the State in full. We are unable to set up any other type of payment plan as it is TDOC procedure to rely on the TOMIS system to collect the funds automatically. Per TDOC policy 208.03, the monthly trust fund statement issued to you serves as the receipt for the fees and fines withdrawals.

## INDIGENCY DOES NOT WAIVE THESE FEES

If you have questions about your STA write to the below listed address, NOT the institution staff. All letters must include your TDOC number, the address to reply to and a specific request. DO NOT send any original paperwork to this office, it will not be returned.

TDOC Central Trust Fund
3rd Floor Rachel Jackson Bldg.
320 6th Ave North
Nashville, TN 37243

**If necessary, and if you meet policy guidelines, your name will appear on the "Offenders Eligible to Receive Hygiene Kits" report and TDOC will provide a kit for you.**

PC: MCCX, Central Trust Fund Administration

Dear, courts                  12-30-21

    Some of my cases in this packet might be late to be filed I don't know the law on this. But it is not any falt of my own. From the county Jail messing with the legal mail I was afraide that it would not get to wher it was suposed to go and I did not have money for postage, and on the account of the Pandemice, and from Being ship all over the state for the last 8 months, is the Reson for the late filling if it is late. and if it is will the courts please aesept my late fillings and appoint my an attorney to help me with these matters.

    thank you and thank you for your time

Fed # 43986-074

Billy Locke

Billy W. Locke 135987

M.CCX.

Po Box 2000

wartburg TN, 37887

RECEIVED

JAN 03 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga