UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BILLY W. LOCKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:22-CV-2-TRM-CHS ) |
| MCMINN COUNTY JAIL, et al., | ) ) |
| Defendants. | ) ) ) |

## JUDGMENT ORDER

For the reasons expressed in the Memorandum and Order filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal taken from this decision would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED**.

/s/ *Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT